UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re NAPSTER, INC. COPYRIGHT LITIGATION.

CASE NO. C06-193JLR
Related to C-MDL-00-1369MHP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received a Motion to Limit the Discovery of Robert Glaser (Dkt. # 1) filed by RealNetworks, Inc. ("RealNetworks") and noted for the court's consideration on February 10, 2006. The instant motion is related to a consolidated copyright action pending before the United States District Court for the Northern District of California, In re Napster, Inc. Copyright Litigation, No. C-MDL-00-1369 MHP.

In filing its motion, RealNetworks served only Hummer Winblad Venture Partners, et al. ("Hummer Winblad"), the party seeking to depose Robert Glaser. As a result, parties to the related copyright action have not received timely notice of RealNetwork's pending motion. Accordingly, the court renotes the motion for consideration on Friday, February 24, 2006. Any opposition to the motion is due no later than Tuesday, February 21, 2006. See Local Rules W.D. Wash. CR 7(d). Any party to the related copyright action seeking to participate in this matter must register with the

MINUTE ORDER – 1

court's Case Management/Electronic Case Filing system ("CM/ECF"). Parties may register online at: www.wawd.uscourts.gov. The CM/ECF helpdesk is also available to assist parties with electronic filing: 1-866-323-9293. Parties need not complete a pro hac vice application.

Filed and entered this 8th day of February, 2006.

                                          BRUCE RIFKIN, Clerk

                                          By    s/Mary Duett
                                                    Deputy Clerk

MINUTE ORDER – 2